■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT W. PETERS, Appellant.— Motion for assignment of counsel granted and John D. Allardice, Esq., 5 East Court Street, Hudson, New York, is assigned as counsel for appellant.

■ LILLIAN KERPER, Appellant, v. ROYAL FARMS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— The brief should contain an appendix.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. ALLEN, Appellant.— Motion for assignment of counsel granted and Adolf Matties, Esq., 403 Warren Street, Hudson, New York, is assigned as counsel for appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDRE COLLIN, Appellant.— Motion for assignment of counsel granted and Jeremiah W. Davern, Esq., 47 Clinton Street, Plattsburgh, New York, is assigned as counsel for appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH E. WASHINGTON, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application for permission to prosecute appeal as a poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND RICO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for assignment of counsel granted and Frances Kahn, attorney at law, 401 Broadway, New York, New York, is assigned as counsel for appellant. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEREMIAH BRIOR, Appellant.— Motion for assignment of counsel granted and Lawrence C. Conners, Esq., 5 First Street, Troy, New York, is assigned as counsel for appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT EDWARD O'BRYAN, Appellant.— Motion for permission to appeal as a poor person, for an extension of time and for assignment of counsel. Motion denied.